IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EARL V. LEVELS, SR.,

     Plaintiff,                    No. CIV S-06-2535 LKK DAD PS

     vs.

APPLE COMPUTERS, INC.,         <u>ORDER</u>

     Defendant.

_____/

        Plaintiff filed an untimely and incomplete amended complaint, together with an incomplete and duplicative in forma pauperis application, on the same day that the undersigned recommended that this pro se action be dismissed.

        By order signed and filed November 6, 2007, plaintiff was granted leave to proceed in forma pauperis, and his complaint was dismissed with leave to amend. Plaintiff was cautioned that failure to file and serve a timely amended complaint that complies with the order will result in a recommendation that this action be dismissed. (Order filed Nov. 6, 2007, at 3.) Plaintiff was advised that the amended complaint submitted to the court for filing "must include a proof of service showing that a copy of the amended complaint was mailed to defendant's counsel." (<u>Id.</u> at 3-4.) Plaintiff was granted twenty days from the date of the order to file an amended complaint with the required proof of service. (<u>Id.</u> at 4.) The order concluded with the

1

following provision: "failure to comply with this order or seek an extension of time to comply will result in a recommendation that this action be dismissed." (Id.)

Plaintiff's time to file an amended complaint ended on November 29, 2007, i.e., twenty days after November 6, 2007, plus an additional three days for service of the order by mail. See Fed. R. Civ. P. 6. Plaintiff did not seek an extension of the deadline. Accordingly, in the findings and recommendations filed December 5, 2007, the undersigned has recommended that this action be dismissed without prejudice for failure to file an amended complaint or otherwise respond to the November 6, 2007 order within the twenty-day period.

The untimely amended complaint received for filing on December 5, 2007, does not include a proof of service showing that a copy of the amended complaint was served on defendant's counsel. The pleading was not accompanied by a motion for leave to act out of time, and the amended complaint does not include any matter that can be construed as such a motion. Plaintiff's untimely and unserved amended complaint will be disregarded, and his incomplete and duplicative in forma pauperis application will be denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's December 5, 2007 application to proceed in forma pauperis is denied as duplicative of the application granted on November 6, 2007.

2. The untimely and deficient amended complaint filed by plaintiff on December 5, 2007, will be disregarded, and defendant is not required to respond to the pleading.

DATED: December 19, 2007.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\levels2535.acifp.disregard